IN THE LAW COURT FOR SULLIVAN COUNTY
AT BRISTOL, TENNESSEE

David Leonard }
And }
Pam Leonard }
 }
    Plaintiff, }
 }
v. } Civil Action No. C13701(M)
 }
State Farm Fire and Casualty }
Insurance Company }
 }
    Defendant. }
 }

FILED 2009 DEC 11 P 4:

## COMPLAINT

COMES NOW Plaintiffs, David Leonard and Pam Leonard, citizens and residents of Sullivan County, Tennessee, and files this pleading pursuant to the Local Rules for Sullivan County, and for their cause of action says:

1. Plaintiffs are citizens and residents of Sullivan County, Tennessee.

2. Defendant is a domestically related insurance company licensed to do business in the State of Tennessee at all times pertinent hereto.

3. Plaintiffs had a policy with Defendant that covered their personal property as well as the reality. The State Farm Fire and Casualty Insurance Company Policy number is 42-KK-6692-8.

4. That on or about November 10, 2008 Plaintiffs sustained a theft of their property in the amount of $35,000.00.

he Slaughter Law Firm
'rank L. Slaughter, Jr.
324 6th Street
.stol, Tennessee 37620
423-844-0560

EXHIBIT 1

5. That Plaintiffs have cooperated at all times pertinent hereto with Defendant's Insurance Company.

6. That Plaintiffs have complied with all conditions precedent to this insurance policy.

7. Plaintiffs have been without the monies and without prejudgment interest on said monies.

8. State Farm Fire and Casualty Insurance Company has wrongfully and intentionally withheld monies due Plaintiffs and has violated the Tennessee Consumer Protection Act.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs prays for judgment as follows:

1. That this Complaint be filed and served upon the Defendant through the Commissioner of Insurance, Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243-1131.

2. That Plaintiffs be awarded judgment against Defendant for the full amount of the policy monies on both the personal property and the realty.

3. That Plaintiffs be awarded a judgment against Defendant for $35,000.00 the prejudgment interest on said monies for the personal property damages they have lost, and treble damages for violating the Tennessee Consumer Protection Act and their Attorney fee.

ιe Slaughter Law Firm
rank L. Slaughter, Jr.
324 6th Street
stol, Tennessee 37620
423-844-0560

Respectfully submitted,
By Counsel

_____
Frank L. Slaughter, Jr.
BPR No. 18893
324 6th Street
Bristol, Tennessee 37620
(423) 844-0560

## CERTIFICATE OF SERVICE

I, Frank L. Slaughter, Jr. do hereby certify that I have mailed, via First Class Mail, a true and correct copy of the foregoing Complaint to Leslie T. Ridings, Esq. Hunter, Smith & Davis, LLP, Post Office Box 3740, Kingsport, Tennessee 37664-0740 and Chad E. Wallace, Esq. Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Post Office Box 3038, Johnson City, Tennessee 37602-3038.

This 11th day of December, 2009.

_____
Frank L. Slaughter, Jr.

The Slaughter Law Firm
Frank L. Slaughter, Jr.
324 6th Street
Bristol, Tennessee 37620
423-844-0560

IN THE LAW COURT FOR SULLIVAN COUNTY
AT BRISTOL, TENNESSEE

| | |
|---|---|
| DAVID and PAM LEONARD, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. C13701(M) |
| | ) |
| STATE FARM INSURANCE | ) |
| COMPANY [STATE FARM FIRE | ) |
| AND CASUALTY INSURANCE | ) |
| COMPANY], | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT

Comes Defendant State Farm Fire and Casualty Insurance Company (misidentified by Plaintiffs as State Farm Insurance Company) ("State Farm"), pursuant to Tennessee Rule of Civil Procedure 12.05, and moves the Court for an Order requiring Plaintiffs to provide a more definite statement of their claims. In support of this Motion, State Farm states:

1. Plaintiffs filed this case in the General Sessions Court for Sullivan County at Bristol, Tennessee around the first of October 2009.[1] The Civil Summons seems to allege breach of contract, bad faith, and Tennessee Consumer Protection Act claims. (See Civil Summons.)

2. On October 29, 2009, State Farm filed an Application for Removal to remove this case from the Sullivan County General Sessions Court to this Court because State Farm has a substantial defense and the case is of such an expensive nature as to warrant removal. That

---

[1] No "issued" or filing date appears on the Civil Summons.

Application was granted by the Sullivan County General Sessions Court by an Order of Removal filed on November 2, 2009. No trial took place in the Sullivan County General Sessions Court.

3. The allegations in the Civil Summons are so vague and minimal that State Farm cannot reasonably be required to frame a responsive pleading or reasonably fashion discovery and defend in this case. The Civil Summons states, "Breach of contract, Tennessee Consumer Protection Act, attorney's fees & 25 percent bad faith." No facts are pled to support the claims asserted, and the parties did not have the benefit of testimony in the Sullivan County General Sessions Court before the case was removed to this Court.

4. Based upon the Civil Summons, State Farm is unable to ascertain what alleged acts or omissions form the basis for Plaintiffs' claims—in particular, Plaintiffs' bad faith and TCPA claims. TCPA claims require particularized pleading pursuant to Tennessee Rule of Civil Procedure 9.02. See Harvey v. Ford Motor Credit Co., 8 S.W.3d 273, 275 (Tenn. Ct. App. 1999). Under the present circumstances, State Farm is unable to ascertain the facts underlying Plaintiffs' claims so that it may adequately and appropriately frame discovery and prepare for trial.

WHEREFORE, State Farm respectfully requests that this Motion be granted and that the Court enter an Order requiring Plaintiffs to serve a more definite statement of their claims.

Respectfully submitted,

_Leslie T. Ridings_ w/permission by CEW

Leslie T. Ridings, BPR No. 019621
HUNTER, SMITH & DAVIS
1212 North Eastman Road
P.O. Box 3740
Kingsport, Tennessee 37664
Phone: (423) 378-8828
Facsimile: (423) 378-8801
ltridings@hsdlaw.com

and

_Chad E. Wallace_

Chad E. Wallace, BPR No. 021741
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, Tennessee 37602
Phone: (423) 928-0181
Facsimile: (423) 928-5694
cwallace@bakerdonelson.com

*Attorneys for Defendant State Farm Fire
and Casualty Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon the following counsel for parties in interest herein by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

Frank L. Slaughter, Jr.
324 Sixth Street
Bristol, Tennessee 37620

This 4th day of December, 2009.

_____
Attorney

IN THE LAW COURT FOR SULLIVAN COUNTY
AT BRISTOL, TENNESSEE

| | |
|---|---|
| DAVID and PAM LEONARD, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. C13701(M) |
| | ) |
| STATE FARM INSURANCE | ) |
| COMPANY [STATE FARM FIRE | ) |
| AND CASUALTY INSURANCE | ) |
| COMPANY], | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF HEARING

Please be advised and take notice that Defendant State Farm Fire and Casualty Insurance Company (misidentified by Plaintiffs as State Farm Insurance Company) will appear in the Law Court for Sullivan County, at the Courthouse in Bristol, Tennessee, on the 8th day of January, 2010, at 9:00 a.m., or as soon thereafter as it can be heard, to request the relief sought in its Motion for More Definite Statement.

Respectfully submitted,

_Leslie T. Ridings_ w/ permission by CEW
Leslie T. Ridings, BPR No. 019621
HUNTER, SMITH & DAVIS
1212 North Eastman Road
P.O. Box 3740
Kingsport, Tennessee 37664
Phone: (423) 378-8828
Facsimile: (423) 378-8801
ltridings@hsdlaw.com

and

J CEW 110702 v1
2787551-000202 12/14/2009

_(signature)_

Chad E. Wallace, BPR No. 021741
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, Tennessee 37602
Phone: (423) 928-0181
Facsimile: (423) 928-5694
cwallace@bakerdonelson.com

*Attorneys for Defendant State Farm Fire
and Casualty Insurance Company*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon the following counsel for parties in interest herein by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

Frank L. Slaughter, Jr.
324 Sixth Street
Bristol, Tennessee 37620

This 15th day of December, 2009.

_(signature)_
Attorney

IN THE LAW COURT FOR SULLIVAN COUNTY
AT BRISTOL, TENNESSEE

FILED 2009 NOV -6 P 3:50

| | |
|---|---|
| DAVID and PAM LEONARD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. C13701(M) |
| ) | |
| STATE FARM INSURANCE ) | |
| COMPANY [STATE FARM FIRE ) | |
| AND CASUALTY INSURANCE ) | |
| COMPANY], ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S JURY DEMAND

Comes Defendant State Farm Fire and Casualty Insurance Company (misidentified as State Farm Insurance Company), pursuant to Tennessee Rule of Civil Procedure 38.03, and demands a trial by jury of all issues so triable.

Respectfully submitted,

Leslie T. Ridings w/ permission by CEW

Leslie T. Ridings, BPR No. 019621
HUNTER, SMITH & DAVIS
1212 North Eastman Road
P.O. Box 3740
Kingsport, Tennessee 37664
Phone: (423) 378-8828
Facsimile: (423) 378-8801
ltridings@hsdlaw.com

1

_____
Chad E. Wallace, BPR No. 021741
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, Tennessee 37602
Phone: (423) 928-0181
Facsimile: (423) 928-5694
cwallace@bakerdonelson.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon the following counsel for parties in interest herein by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

Frank L. Slaughter, Jr.
324 Sixth Street
Bristol, Tennessee 37620

This 5th day of November, 2009.

_____
Attorney

2

J CEW 109800 v1
0-0 11/04/2009

IN THE SULLIVAN COUNTY GENERAL SESSIONS COURT
AT BRISTOL, TENNESSEE

| | |
|---|---|
| DAVID AND PAM LEONARD, | * |
| Plaintiffs, | * |
| vs. | * Case No. C90943 |
| STATE FARM INSURANCE COMPANY [STATE FARM FIRE AND CASUALTY INSURANCE COMPANY], | * |
| Defendant. | * |

## ORDER OF REMOVAL

This day came the Defendant State Farm Fire & Casualty Insurance Company ("Defendant") for Application for Removal pursuant to *Tennessee Code Annotated* § 16-15-732, and upon consideration of the Affidavit in Support of Removal, the Court is of the opinion that the Defendant's Application is well taken.

It is hereby **ORDERED** that:

1. The above cause of action be removed from the General Sessions Court of Sullivan County, Bristol, Tennessee, to the Circuit Court for Sullivan County at Bristol, Tennessee;

**RECEIVED** NOV 5 2009

2. That costs of the cause accrued in the Sullivan County General Sessions Court prior to the Application of Removal shall be transferred to the Sullivan County Circuit Court and will be taxed upon conclusion of this matter.

ENTER this the 2nd day of Nov, 2009.

*/s/ McLellan*
Judge

**REQUESTED:**

*/s/ Leslie T. Ridings*
Leslie T. Ridings, Esq.
TN BPR No. 019621
Attorneys for Defendant
**HUNTER, SMITH & DAVIS, LLP**
Post Office Box 3740
1212 North Eastman Road
Kingsport, TN 37664-0740
(423) 378-8828

*/s/ Chad E. Wallace* with permission
Chad E. Wallace, Esq.
TN BPR No. 021741
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC**
100 Med Tech Parkway, Suite 200
Post Office Box 3038
Johnson City TN 37602-3038
(423) 928-0181

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Application for Removal has been served upon the following, by placing a copy of same with the United States Postal Service with sufficient postage to carry same to said destination(s), this the _29th day of October, 2009:

Frank L Slaughter, Jr., Esq.
324 6th Street
Bristol, TN 37620-4634

**HUNTER, SMITH & DAVIS, LLP**

_____
Leslie T. Ridings

3

4/01/04

# STATE OF TENNESSEE, COUNTY OF SULLIVAN
To Any Lawful Officer to Execute and Return:

**CIVIL SUMMONS**

Summon _State Farm Ins. Co._

To appear before the General Session Court of said county, at the Justice Center in (Bristol)(Blountville)(Kingsport), on the _23rd_ day of _October_ 2009 at _9:30_ m. then and there to answer in a civil action brought by _David L. Leonard_ for _Breach of contract — Tennessee Insurance policy #S2N92 Active 3 Fees_

Under $ _25,000_

### JUDGMENT

Judgment for _____ against _____ for $ _____ plus interest at the rate of _____ % and cost of suit, for which execution may issue.

Judgment entered by: ☐ Default ☐ Agreement ☐ Trial
Dismissed: ☐ Without prejudice ☐ With Prejudice
Cost taxes to: ☐ Plaintiff ☐ Defendant
Defendant(s) _____
in court and admitted to jurisdiction of court.

This the _____ day of _____
_____ Judge, Div.

### ORDER

This the _____ day of _____
_____ Judge

## TO THE DEFENDANT(S):

Tennessee law provided a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

### AFFIDAVIT

To the best of my information and belief, after investigation of _Wanda R._ defendant's employment, I hereby make affidavit that the Defendant is/is not a member of military of U.S. service.

_____
Attorney for Plaintiff or Plaintiff

_Wanda B. Sell_
Notary Public

My Comm. Exp: _Nov 8, 2009_

[Notary seal: STATE OF TENNESSEE NOTARY PUBLIC SULLIVAN COUNTY]

---

Docket Number _____

_State Farm Ins. Co._        _David L. Leonard_
Defendant(s)                  Plaintiff(s)
                              Address

vs

_State Farm Ins. Co._         _David L. Leonard_
c/o Corp. M.S. Inc of Tenn    Defendant
Service of process Division   Address
500 James Robertson Pkwy
Nashville, TN 37243-1131

**CIVIL WARRANT**
Court of General Sessions, Sullivan County, Tennessee
(Bristol) (Blountville) (Kingsport)
Raymond W. Winters, Clerk

By _____ Deputy Clerk
Issued _____
Set for _____ At _____
Reset for _____
Served _____ , 20 ___
Served Upon: ☐ All Named Defendants
             ☐ All Defendants Except: _____

### SERVICE

_Frank L. Slaughter_
_____
Sheriff/Constable (Process Server)

Telephone _423-844-0360_
Attorney for Plaintiff

Telephone _____
Attorney for Defendant