UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DAVID LEONARD, *ET AL.* | ) | |
| | ) | |
| v. | ) | NO. 2:09-CV-295 |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| INSURANCE COMPANY | ) | |

## **O R D E R**

This matter is before the Court to address the plaintiffs' "Motion to Non-Suit Without Prejudice," [Doc. 7]. It is hereby **ORDERED** that plaintiffs' motion is **GRANTED**, and the case is hereby **DISMISSED WITHOUT PREJUDICE**. See Fed. R. Civ. P. 41(a).

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE